IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amara Tarawally,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina S. Kane,<br><br>    Respondent. | No. CV 12-0513-PHX-JAT (DKD)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE JAMES A. TEILBORG, U.S. DISTRICT JUDGE:

On March 12, 2012, Amara Tarawally filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, alleging that immigration officials are holding him in detention pending his removal to Sierra Leone. He argues that he is entitled to release from custody because his detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On June 1, 2012, the government filed a Notice to Court and Suggestion of Mootness, indicating that Tarawally had been released upon an Order of Supervision on May 15, 2012. *See* Doc. 10.

**IT IS THEREFORE RECOMMENDED** that Amara Tarawally's petition be **denied as moot** (Doc. 1).

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The

1  parties shall have fourteen days from the date of service of a copy of this recommendation
2  within which to file specific written objections with the Court.  *See*, 28 U.S.C. § 636(b)(1);
3  Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure.  Thereafter, the parties have fourteen
4  days within which to file a response to the objections.  Failure timely to file objections to the
5  Magistrate Judge's Report and Recommendation may result in the acceptance of the Report
6  and Recommendation by the district court without further review.  *See United States v.*
7  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Failure timely to file objections to any
8  factual determinations of the Magistrate Judge will be considered a waiver of a party's right
9  to appellate review of the findings of fact in an order or judgment entered pursuant to the
10 Magistrate Judge's recommendation.  *See* Rule 72, Federal Rules of Civil Procedure.

11      DATED this 4th day of June, 2012.

_____
David K. Duncan
United States Magistrate Judge