**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Amara Tarawally, ) | No. CV 12-513-PHX-JAT |
| Petitioner, ) | **ORDER** |
| vs. ) |  |
| Katrina S. Kane, ) |  |
| Respondent. ) |  |

Pending before the Court is the Report and Recommendation from Magistrate Judge Duncan recommending that this Court deny the Petition in this case as moot. There being no objection from either party,

IT IS ORDERED accepting the Report and Recommendation (Doc. 11); the Petition (Doc. 1) is denied as moot. The Clerk of the Court shall enter a judgment of dismissal, without prejudice.

DATED this 26th day of June, 2012.

James A. Teilborg
United States District Judge